[No. 17766-1-III.    Division Three.    July 1, 1999.]

SHAWN POWELL, ET AL., *Appellants*, v. LARRY G. JAMESON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-04033-1, Kathleen M. O'Connor, J., entered July 20, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 21587-0-II.    Division Two.    July 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MICHAEL DUKOWITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01945-5, Frederick W. Fleming, J., entered January 6, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 22071-7-II.    Division Two.    July 2, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. JEANNE BRIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 94-2-00391-1, Toni A. Sheldon, J., entered April 28, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[Nos. 22757-6-II; 22582-4-II.    Division Two.    July 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ATLAS DAVIS III, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 97-1-03062-7, 96-1-03574-4, Grant L. Anderson, Thomas Felnagle, and Thomas A. Swayze, Jr., JJ., entered October 1 and November 12, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Houghton and Hunt, JJ.